IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP L. HATTON
ADC #121963                                                                                               PLAINTIFF

v.                              CASE NO. 5:19-CV-00350 BSM

ESTELLA BLAND, *et al.*                                                                            DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 34] has been received. After *de novo* review of the record, the RD is adopted. The defendants' motions for summary judgment [Doc. Nos. 15 & 29] are granted. This case is dismissed without prejudice, due to Phillip Hatton's failure to exhaust his administrative remedies.

IT IS SO ORDERED this 24th day of March 2020

_____
UNITED STATES DISTRICT JUDGE