IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP L. HATTON
ADC #121963                                                                                          PLAINTIFF

v.                         CASE NO. 5:19-CV-00350 BSM

ESTELLA BLAND, *et al.*                                                                      DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of March 2020

_____
UNITED STATES DISTRICT JUDGE